IN THE SUPREME COURT OF NORTH CAROLINA

No. 110A24

Filed 21 March 2025

JUDITH M. AYERS

v.

CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 293 N.C. App. 184 (2024), affirming an order entered on 31 January 2023 by Administrative Law Judge Melissa Owens Lassiter in the Office of Administrative Hearings. Heard in the Supreme Court on 18 February 2025.

*Hornthal, Riley, Ellis & Maland, L.L.P., by John D. Leidy, for petitioner-appellee.*

*Teague Campbell Dennis & Gorham, LLP, by Jennifer B. Milak and Natalia K. Isenberg; and The Twiford Law Firm, by Courtney Hull, for respondent-appellant.*

PER CURIAM.

Justice DIETZ did not participate in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See City of Charlotte v. Univ. Fin. Props., LLC,* 373 N.C. 325 (2020) (per curiam) (affirming by an equally divided vote a Court of Appeals decision without precedential value).

*Opinion of the Court*

AFFIRMED.